UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
801 NORTH FLORIDA AVENUE
TAMPA, FLROIDA 33602

MYRON WATKINS
    PLAINTIFF

CASE NO.

V.

8:00CV 149 T24B

CITY OF TAMPA
    DEFENDANT

## CIVIL COMPLAINT

1. MYRON WATKINS IS PLAINTIFF, OF 153 WEST 6TH STREET, JACKSONVILLE, FLORIDA 32206.

2. THE CITY OF TAMPA IN TAMPA, FLORIDA IS THE DEFENDANT.

3. PLAINTIFF MYRON WATKINS PLEADS TO THE COURTS OF MIDDLE DISTRICT OF FLORIDA FOR RELIEF IN THIS CASE. 284-S-C-2254

4. PLAINTIFF MYRON WATKINS HAS SUFFERED IMMENSELY BY THE CITY OF TAMPA, DEFENDANT, FREEZING HIS ASSETS, WITHHOLDINGS, LOTTERY, AND BINGO WINNINGS FROM GAMING ACTIVITIES, AND DENIED RIGHTS SECURED BY TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED.

5. IF RELIEF IS NOT GRANTED, PLAINTIFF WILL BE IRREPARABLY DENIED RIGHTS BY TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED.

WHEREFORE, PLAINTIFF PRAYS THAT:
THE RELIEF THE PLAINTIFF MYRON WATKINS IS SEEKING FROM THE COURT IS A RULING PREVENTING AND FREEING THESE ASSETS, WITHHOLDINGS, LOTTERY, BINGO, AND GAMING WINNINGS IMMEDIATELY.

(B) THE COURT GRANTS SUCH RELIEF AS MAY BE APPROPRIATE, INCLUDING INJUNCTIVE ORDERS, DAMAGES, COSTS, AND ATTORNEY'S FEES.

SIGNATURE OF PLAINTIFF
MYRON WATKINS

NAME
153 WEST 6TH STREET
ADDRESS
JACKSONVILLE, FLORIDA 32206
CITY,    STATE    ZIP
(904) 355-5209
TELEPHONE NUMBER

DATE: 21 JANUARY 2000

IFP